LAW OFFICE OF VINCENT CUOCCI, P.C.

ATTORNEY-AT-LAW                                                427 West Main Street, Suite 4
Patchogue, New York 11772
(631) 758-7878 tel.
(631) 758-7877 fax

November 23, 2020

Chambers of the Hon. Elizabeth S. Stong
United States Bankruptcy Court- Eastern District of New York
271-C Cadman Plaza East, Courtroom 3585
Brooklyn, NY   11201

                                  Re:    *In re Milagro Aguilar*
                                           Ch. 13 Case No.:  17-46833-ESS
                                           **STATUS REPORT**

Honorable Madame,

      I represent the Debtor in the above referenced matter.  The Trustee's Motion to Dismiss is scheduled for December 7, 2020 at 9:00 a.m..  As stated at the last conference, I was intending on filing a §1329 Motion to amend the Debtor's chapter 13 plan post confirmation to resolve the plan arrears, but a discrepancy has also arisen regarding post-petition arrears with the new mortgage servicer.  I am working to clarify the amount of arrears with the lender and my client.  The §1329 Motion will have to include post-petition arrears to the mortgage company.  Therefore, I am respectfully requesting the Court's indulgence and an extension of time to file the §1329 Motion and that the Trustee's Motion to Dismiss be adjourned.

                                                              Respectfully,

                                                               */s/ Vincent Cuocci*
                                                                 Vincent Cuocci, Esq.

VC/lt
cc:  Marianne DeRosa,  Chapter 13 Trustee